## Shaw Adoption Case.

108

Argued January 7, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY and MUSMANNO, JJ.

*Robert S. Gawthrop, Jr.,* with him *Fred T. Cadmus, 3rd* and *Gawthrop & Gawthrop,* for appellant.

*Lawrence E. MacElree,* with him *John O. Platt, Jr., James W. Foxall* and *MacElree & Platt,* for appellee.

OPINION PER CURIAM, March 14, 1955:
The decree of the court below is affirmed on the opinion of Judge HARVEY, specially presiding.